JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | Case No. 2:22-cv-02307 JLS (PVCx) |
| Plaintiff, | Hon. Josephine L. Staton |
| v. | |
| COSTCO WHOLESALE CORPORATION; and DOES 1 to 25, | **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a) (Doc. 25)** |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE**, as to all claims, causes of action, and parties. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE